UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>    JOHNSONS SIDING AND REPLACEMENT WINDOWS, INC.,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | Case No. 07-cv-848-JPG |
| IN RE:<br><br>    ANTHONY HUGO CHAMBLISS,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | Consolidated with:<br><br>No. 07-cv-849-JPG |

| | |
|---|---|
| IN RE:<br><br>    CHARLES DANIEL BURNHAM and KIMBERLY DIANE BURNHAM,<br><br>    Debtors.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | and<br><br>No. 07-cv-850-JPG |
| IN RE:<br><br>    MELINDA JANE EBEL,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | and<br><br>No. 07-cv-851-JPG |

| | |
|---|---|
| IN RE:<br><br>    KATHLEEN ANN SCHEEL,<br><br>        Debtor.<br><br>WILLIAM E. WELLS,<br><br>        Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-852-JPG |
| IN RE:<br><br>    CHARLES DANIEL BURNHAM and KIMBERLY DIANE BURNHAM,<br><br>        Debtor.<br><br>WILLIAM E. WELLS,<br><br>        Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-558-JPG |

| | |
|---|---|
| IN RE:<br><br>    MELINDA JANE EBEL,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | and<br><br>No. 07-cv-560-JPG |
| IN RE:<br><br>    KATHLEEN ANN SCHEEL,<br><br>    Debtor.<br><br>WILLIAM E. WELLS,<br><br>    Appellant,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | and<br><br>No. 07-cv-562-JPG |

## **JUDGMENT**

      This matter having come before the Court and the parties having agreed to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that these consolidated appeals are dismissed with prejudice.

| | |
|---|---|
| Dated: December 19, 2008 | NORBERT G. JAWORSKI, Clerk |
| | By:s/Deborah Agans, Deputy Clerk |

**Approved:** s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**